COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

XEROX COMMERCIAL SOLUTIONS LLC,        §        No. 08-18-00154-CV

       §        Appeal from the

Appellant, 

       §        448th District Court

v.

       §        of El Paso County, Texas

VICTOR SEGURA,

       §        (TC# 2016DCV4236)

Appellee.

       §

# O R D E R

Pending before the Court is Appellant's motion for emergency stay of all proceedings in the trial court pending resolution of this interlocutory appeal. The motion to stay is GRANTED. Accordingly, the trial court is ordered to stay all proceedings in cause number 2016DCV4236, styled *Victor Segura v. Xerox Commercial Solutions*, LLC, pending resolution of this appeal or further order of this Court.

IT IS SO ORDERED this 6th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.